UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)

_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

      Plaintiffs - Appellees

v.

TERRENCE SHERIDAN; DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

      Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Court Case Number | 1:10-cv-02068-BEL |
| Date notice of appeal filed in originating court | 04/02/2012 |
| Appellant(s) | Terrence Sheridan |
| Appellate Case Number | 12-1437 |
| Case Manager | Donna Lett<br>804-916-2704 |