IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAYMOND WOOLLARD<br>19109 St. Abraham's Court<br>Hampstead, Maryland 21074<br><br>and<br><br>SECOND AMENDMENT FOUNDATION, INC.<br>12500 10th Place NE<br>Bellevue, Washington 98005<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE SHERIDAN,<br>1201 Reisterstown Road<br>Pikesville, Maryland 21208,<br><br>DENIS GALLAGHER,<br>SEYMOUR GOLDSTEIN, and<br>CHARLES M. THOMAS, JR.<br>300 E. Joppa Road, Suite 1000<br>Towson, Maryland 21286<br><br>Defendants. | Case No._____ |

## **LINE**

COME NOW the Plaintiffs, Raymond Woollard and Second Amendment Foundation, Inc., by and through undersigned counsel, and respectfully request that summonses be issued for the following above-named defendants at the addresses above: Terrence Sheridan, Denise Gallagher, Seymour Goldstein and Charles M. Thomas, Jr.  Please return the summons to undersigned for service by private process.

1

Dated: July 29, 2010                                  Respectfully submitted,


Alan Gura*                                            Cary J. Hansel
Gura & Possessky, PLLC                                Joseph, Greenwald & Laake
101 N. Columbus Street, Suite 405                     6404 Ivy Lane, Suite 400
Alexandria, VA 22314                                  Greenbelt, MD 20770
703.835.9085/Fax 703.997.7665                         301.220.2200/Fax 301.220.1214

*Motion for admission pro hac vice
  forthcoming


                                            By: _____/s/_____
                                                 Cary J. Hansel

                                                 Attorneys for Plaintiffs