# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the entry **docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 12-1437; Raymond Woollard, et al. v. Terrence Sheridan, e |
| **Originating No. & Caption** | 1:10-cv-2068-BEL; Raymond Woollard, et al. v. Brown, et al. |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 |
| Time allowed for filing in Court of Appeals | 30 days from April 2, 2012 |
| Date of entry of order or judgment appealed | March 5, 2012 and April 2, 2012 |
| Date notice of appeal or petition for review filed | April 2, 2012 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | March 7, 2012 |
| Date order entered disposing of any post-judgment motion | April 2, 2012 |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

03/20/2012
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⊙ No |
| Has transcript been filed in district court? | ⊙ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⊙ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⊙ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⊙ Yes | ○ No |
| Does case involve question of first impression? | ⊙ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⊙ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

This case challenges the constitutionality of Maryland's handgun wear and carry permit statute, Md. Code Ann., Pub. Safety § 5-306, which applies to the public carry of handguns outside of one's home, business, and other places where Maryland allows the carry of handguns without a permit. Appellees brought a challenge under the Second Amendment and the Equal Protection Clause of the Fourteenth Amendment to the constitutionality of the provision of Maryland's handgun wear and carry permit statute that conditions eligibility for a permit on a finding that the applicant has a "good and substantial reason to wear, carry, or transport a handgun." Md. Code Ann., Pub. Safety § 5-306(a)(5)(ii). The District Court held that the "good and substantial reason" requirement violates the Second Amendment and entered an injunction prohibiting the appellants from enforcing that requirement. The District Court held that the "good and substantial reason" requirement does not violate the Equal Protection Clause of the Fourteenth Amendment.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) ||
|---|---|
| Whether the provision of Maryland's handgun wear and carry permit statute that conditions eligibility for a permit on a finding that the applicant has a "good and substantial reason to wear, carry, or transport a handgun," Md. Code Ann., Pub. Safety § 5-306(a)(5)(ii), is a constitutional exercise of the State of Maryland's police power consistent with the Second Amendment. ||

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Raymond Woollard and Second Amendment Foundation<br><br>Attorney: Alan Gura, Esq.<br>Address: Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br><br>E-mail: alan@gurapossessky.com<br><br>Phone: 703.835.9085 | Adverse Party: Raymond Woollard and Second Amendment Foundation<br><br>Attorney: Cary J. Hansel, Esq.<br>Address: Joseph, Greenwald & Laake<br>6404 Ivy Lane, Suite 400<br>Greenbelt, MD 20770<br><br>E-mail: chansel@jgllaw.com<br><br>Phone: 301.220.2200 |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Marcus Brown, Dennis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr.<br>Attorney: Matthew J. Fader<br>Address: Office of the Attorney General<br>200 St. Paul Place, 20th Floor<br>Baltimore, MD 21202<br><br>E-mail: mfader@oag.state.md.us<br><br>Phone: 410-576-7906 | Name: Marcus Brown, Dennis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr.<br>Attorney: Dan Friedman<br>Address: Office of the Attorney General<br>Legislative Services Building<br>90 State Circle, Room 104<br>Annapolis, MD 21401<br><br>E-mail: dfriedman@oag.state.md.us<br><br>Phone: 410-946-5600 |
| **Appellant (continued)** ||
| Name: Marcus Brown, Dennis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr.<br>Attorney: Stephen M. Ruckman<br>Address: Office of the Attorney General<br>200 St. Paul Place, 20th Floor<br>Baltimore, MD 21202<br><br>E-mail: sruckman@oag.state.md.us<br><br>Phone: 410-576-7035 | Name:<br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Certificate of Service**: I certify that on ____April 16, 2012____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Alan Gura, Esq.<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314 | Cary J. Hansel, Esq.<br>Joseph, Greenwald & Laake<br>6404 Ivy Lane, Suite 400<br>Greenbelt, MD 20770 |
| Signature: s/ Matthew J. Fader | Date: April 16, 2012 |