# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs-Appellees*, | * | |
| v. | * | Case No. 12-1437 |
| TERRENCE SHERIDAN, *et al.*, | * | |
| *Defendants-Appellants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANTS' CONSENT MOTION FOR
## EXTENSION OF BRIEFING DEADLINES

Appellants move for an order extending the deadline for filing their opening brief from May 29, 2012 until June 15, 2012, and to extend the deadline for the Appellees to file their response brief from July 2, 2012 until July 16, 2012, for the following reasons:

1. In an order dated March 2, 2012, and entered March 5, 2012, the United States District Court for the District of Maryland granted the Appellees' motion for summary judgment and denied the Appellants' cross-motion for summary judgment.

2. On March 7, 2012, the Appellants filed a motion for clarification or amendment of the March 5 Order, under Federal Rule of Civil Procedure 59(e).

3. In an order dated March 30, 2012, and entered on April 2, 2012, the district court resolved the Appellants' Rule 59(e) motion.

4. Also on April 2, 2012, the Appellants filed their notice of appeal.

5. On April 18, 2012, the Court entered its Briefing Order, pursuant to which it established the following deadlines:

     a. Appendix due: 05/29/2012

     b. Opening brief due: 05/29/2012

     c. Response brief due: 07/02/2012

     d. Reply brief permitted within 14 days of service of response brief.

6. Counsel for Appellants have several deadlines leading up to and contemporaneous with the May 29, 2012 deadline for filing their opening brief, including: (i) a brief due in the Maryland Court of Appeals on May 30, 2012, in a matter that has been expedited, with argument scheduled in June 2012; and (ii) a deadline of May 31, 2012, also in the Maryland Court of Appeals, for filing a response to any and all petitions filed in that court challenging Maryland's 2012 legislative redistricting plan. The petitions themselves are due on May 1, 2012, so it is not currently known how many petitions there will be.

7. The Appellants therefore seek an extension of time until June 15, 2012 for the filing of their opening brief.

8. The Appellees have consented to this request, and have asked that the deadline for their response brief be July 16, 2012.

9. If approved by the Court, the revised schedule for briefing would be:

     a. Appendix due: 05/29/2012

     b. Opening brief due: 06/15/2012

     c. Response brief due: 07/16/2012

     d. Reply brief permitted within 14 days of service of response brief

10. Oral argument has not yet been scheduled. The Court's next scheduled sitting after May 18, 2012 is September 18-21, 2012. As a result, the Appellants do not believe that the extension sought will delay the hearing or resolution of this case in any way.

WHEREFORE, Appellants request that this Court enter an order extending the time in which the Appellants may file their opening brief to June 15, 2012, and the time in which the Appellees may file their response brief to July 16, 2012. A proposed order is attached.

                Respectfully submitted,

                DOUGLAS F. GANSLER
                Attorney General of Maryland

                DAN FRIEDMAN
                Assistant Attorney General
                Office of the Attorney General
                Legislative Services Building
                90 State Circle
                Annapolis, Maryland 21401
                Tel. 410-946-5600
                dfriedman@oag.state.md.us

                 s/ Matthew J. Fader
                MATTHEW J. FADER
                STEPHEN M. RUCKMAN
                Assistant Attorneys General
                200 St. Paul Place, 20th Floor
                Baltimore, Maryland 21202
                Tel. 410-576-7906
                Fax. 410-576-6955
                mfader@oag.state.md.us
                sruckman@oag.state.md.us

April 26, 2012                Counsel for Appellants

## CERTIFICATE OF SERVICE

I certify that on April 26, 2012 the foregoing Appellants' Consent Motion for Extension of Briefing Deadlines was served on counsel of record for all parties through the CM/ECF system.

s/ Matthew J. Fader<br>
Matthew J. Fader