**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

RAYMOND WOOLLARD, *et al.*,       *

     *Plaintiffs-Appellees*,       *

     v.        *     Case No. 12-1437

MARCUS L. BROWN, *et al.*,       *

     *Defendants-Appellants*.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Appellants' Consent Motion for Extension of Briefing Deadlines, that motion is GRANTED, and it is hereby

ORDERED that the Briefing Order dated April 18, 2012 is revised as follows:

Appellants' Opening Brief shall be filed on or before 06/15/2012; and

Appellees' Response Brief shall be filed on or before 07/16/2012.

All other deadlines stated in the Briefing Order dated April 18, 2012 remain unchanged.

Dated: _____       _____

                                        United States Circuit Judge