# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs-Appellees*, | * | |
| v. | * | Case No. 12-1437 |
| TERRENCE SHERIDAN, *et al.*, | * | |
| *Defendants-Appellants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANTS' CONSENT MOTION TO AMEND CAPTION

Appellants move for an order amending the caption of this case to reflect the automatic substitution of appellant Marcus Brown, Superintendent of the Maryland State Police, for appellant Terrence Sheridan, former Superintendent of the Maryland State Police, for the following reasons:

1. Terrence Sheridan was originally named as a defendant in this action as Superintendent of the Maryland State Police.

2. On August 2, 2011, Marcus L. Brown replaced Col. Sheridan as Superintendent of the Maryland State Police.

3. On September 8, 2011, Appellants provided notice of the automatic substitution of Col. Brown for Col. Sheridan in the district court pursuant to Federal Rule of Civil Procedure 25(d).

4. Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Col. Brown, as Col. Sheridan's successor, is "automatically substituted as a party."

5. Counsel for Appellants contacted counsel for Appellees to request their consent to this motion, and was informed that Appellees do consent to the relief requested in this motion.

WHEREFORE, Appellants request that this Court enter an order dismissing Col. Sheridan as a party and amending the caption to substitute Col. Brown in place of Col. Sheridan. A proposed order is attached.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us


 s/ Matthew J. Fader
MATTHEW J. FADER
STEPHEN M. RUCKMAN
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Tel. 410-576-7906
Fax. 410-576-6955
mfader@oag.state.md.us
sruckman@oag.state.md.us

April 26, 2012                    Counsel for Appellants

# CERTIFICATE OF SERVICE

I certify that on April 26, 2012 the foregoing Appellants' Consent Motion to Amend Caption was served on counsel of record for all parties through the CM/ECF system.

s/ Matthew J. Fader
Matthew J. Fader