# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| RAYMOND WOOLLARD, *et al.*, | * |
| *Plaintiffs-Appellees*, | * |
| v. | *   Case No. 12-1437 |
| TERRENCE SHERIDAN, *et al.*, | * |
| *Defendants-Appellants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANTS' DESIGNATION OF LEAD COUNSEL

Pursuant to the direction in the Court's briefing order, dated April 18, 2012, the Appellants designate Matthew J. Fader as lead counsel.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us


s/ Matthew J. Fader
MATTHEW J. FADER
STEPHEN M. RUCKMAN
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202

Tel. 410-576-7906  
Fax. 410-576-6955  
mfader@oag.state.md.us  
sruckman@oag.state.md.us

April 26, 2012                    Counsel for Appellants

**CERTIFICATE OF SERVICE**

I certify that on April 26, 2012 the foregoing Appellants' Designation of Lead Counsel was served on counsel of record for all parties through the CM/ECF system.

                                        s/ Matthew J. Fader
                                        Matthew J. Fader