FILED: April 27, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 12-1437
(1:10-cv-02068-BEL)

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

    Plaintiffs - Appellees

v.

TERRENCE SHERIDAN; DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

    Defendants - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 06/15/2012

Opening brief due: 06/15/2012

Response brief due: 07/16/2012

Any reply brief: 14 days from service of response brief.

                                              For the Court--By Direction

                                              /s/ Patricia S. Connor, Clerk