UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)

_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

      Plaintiffs - Appellees

v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

      Defendants - Appellants

 and

TERRENCE SHERIDAN

      Defendant

_____

O R D E R

_____

Upon review of the motion to amend/correct the case caption, the motion is granted and the caption is modified.

                For the Court--By Direction

                /s/ Patricia S. Connor, Clerk