IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)
_____

RAYMOND WOOLLARD;
SECOND AMENDMENT FOUNDATION, INC.

    Plaintiffs - Appellees,

    v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN;
CHARLES M. THOMAS, JR.; MARCUS L. BROWN

    Defendants - Appellants,

TERRENCE SHERIDAN

    Defendant.

---

APPELLEES' DESIGNATION OF LEAD COUNSEL

Pursuant to the Court's order of April 18, 2012, Appellees designate Alan Gura as lead counsel.

Dated: May 2, 2012      Respectfully submitted,

    /s/ Alan Gura
    Alan Gura
    Gura & Possessky, PLLC
    101 N. Columbus Street, Suite 405
    Alexandria, VA 22314
    703.835.9085/703.997.7665

    Counsel for Appellees

CERTIFICATE OF SERVICE

I certify that on May 2, 2012, the foregoing Appellees' Designation of Lead Counsel was served on counsel of record for all parties through the CM/ECF system.

/s/ Alan Gura
Alan Gura