**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

RAYMOND WOOLLARD, *et al.*,　　　*

　　　*Plaintiffs-Appellees*,　　　*

　　　v.　　　*　　　Case No. 12-1437

DENIS GALLAGHER, *et al.*,　　　*

　　　*Defendants-Appellants*.　　　*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

**CONSENT MOTION FOR LEAVE TO FILE CORRECTED BRIEF**

The appellants, through counsel and with the consent of the appellees, pursuant to Federal Rules of Appellate Procedure 27(b) and Fourth Circuit Local Rule 27(b), seek leave to file a corrected brief.

1.　　Pursuant to the scheduling order in this case, the appellants filed their opening brief on June 15, 2012.

2.　　The appellants subsequently identified two errors in citations and an error in a parenthetical explanation of a case.

3.　　The appellants have prepared a corrected version of the brief that corrects these errors, as well as minor, typographical errors.  The corrected brief is being filed contemporaneously with this motion.

4.　　Counsel for the appellees have stated that the appellees consent to the relief sought in this motion.

For these reasons, the appellants request that the Court accept, and substitute for the previously filed brief, the corrected brief being filed contemporaneously with this motion.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN (Bar ID 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us

 s/ Matthew J. Fader
MATTHEW J. FADER (Bar ID 29294)
STEPHEN M. RUCKMAN (Bar ID 28981)
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Tel. 410-576-7906
Fax. 410-576-6955
mfader@oag.state.md.us
sruckman@oag.state.md.us

June 21, 2012                    Counsel for Appellants

# CERTIFICATE OF SERVICE

I certify that, on this 21st day of June 2012, I electronically filed with the Clerk of the Court via the CM/ECF System the foregoing Consent Motion for Leave to File Corrected Brief, which will cause copies to be delivered to the following:

Alan Gura, Esq.
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, Virginia 22314

Cary J. Hansel, Esq.
Joseph, Greenwald & Laake
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770

/s Matthew J. Fader
Matthew J. Fader