UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)

_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

       Plaintiffs - Appellees

v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

       Defendants - Appellants

 and

TERRENCE SHERIDAN

       Defendant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a corrected brief, the court grants the motion and accepts the corrected brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk