# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Local Rule 26.1, amici, the American Public Health Association and the American College of Preventive Medicine make the following disclosure statement:

Each of the above-named amici is a non-profit corporation.

1. Are the amici publicly held corporations or other publicly held entities? No.

2. Do the amici have any parent corporations? No.

3. Is 10% or more of the stock of amici owned by a publicly held corporation or other publicly held entity? No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? No.

5. [Not Applicable]

6. Does this case arise out of a bankruptcy proceeding? No.

/s/ Jason M. St. John
Jason M. St. John