# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 22, 2012

_____

## DOCKET CORRECTION NOTICE
_____

No.  12-1437,     <u>Raymond Woollard v. Denis Gallagher</u>
                 1:10-cv-02068-BEL

TO:     Jennifer Ann DeRose

FILING CORRECTION DUE:  July 2, 2012

Please make the correction identified below and file a corrected document by the date indicated.

_____

  [x] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Donna Lett, Deputy Clerk
804-916-2704