UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. 12-1437      Caption: Woollard, et al. v. Gallagher, et al.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Legal Community Against Violence
(name of party/amicus)

who is _____amicus_____, makes the following disclosure:
       (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

- 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☐ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

# CERTIFICATE OF SERVICE
***************************

I certify that on ___June 22, 2012___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Alan Gura
GURA & POSSESSKY, PLLC
Suite 405
101 North Columbus Street
Alexandria, VA 22314-0000
Email: alan@gurapossessky.com

Cary Johnson Hansel, III
JOSEPH, GREENWALD & LAAKE, PA
Suite 400
6404 Ivy Lane
Greenbelt, MD 20770-0000
Email: chansel@jgllaw.com

Douglas F. Gansler
Dan Friedman
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us

Matthew J. Fader
Stephen M. Ruckman
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
mfader@oag.state.md.us

s/Mitchell F. Dolin                                          June 22, 2012
_____        _____
        (signature)                                              (date)

11/17/2011
SCC