FILED: June 25, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)

_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

      Plaintiffs - Appellees

v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

      Defendants - Appellants

 and

TERRENCE SHERIDAN

      Defendant

-------------------------------

AMERICAN PUBLIC HEALTH ASSOCIATION; AMERICAN COLLEGE OF PREVENTIVE MEDICINE; LEGAL COMMUNITY AGAINST VIOLENCE; LEGAL HISTORIANS

      Amici Supporting Appellants

_____

O R D E R

_____

Legal Historians has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

> For the Court--By Direction
>
> /s/ Patricia S. Connor, Clerk