## RULE 26.1 CERTIFICATION

Pursuant to Federal Rule of Appellate Procedure 26.1, *amicus* Legal Historians make the following disclosure statement:

The Legal Historians who are *amici* on this brief are individuals who are not corporations and are not owned or controlled in any way by corporations.

1. Are the *amici* publicly held corporations or other publicly held entities? No.

2. Do the *amici* have any parent corporations? No.

3. Is 10% or more of the stock of any *amici* owned by a publicly held corporation or other publicly held entity? No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation due to the participation of the *amici*.

5. Does this case arise out of a bankruptcy proceeding? No.

_____/S/_____
ANDREW C. WHITE