# RULE 26.1 CERTIFICATION

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* the Brady Center to Prevent Gun Violence, the Maryland Chiefs of Police Association, International Brotherhood of Police Officers, and Major Cities Chiefs Association make the following disclosure statement:

The Brady Center to Prevent Gun Violence, International Brotherhood of Police Officers, and Major Cities Chiefs Association are § 501(c)(3) non-profit corporations and no publicly held corporation holds their stock. The Maryland Chiefs of Police Association is a § 501(c)(4) non-profit corporation, and no publicly held corporation holds its stock.

1. Are the *amici* publicly held corporations or other publicly held entities? No.

2. Do the *amici* have any parent corporations? No.

3. Is 10% or more of the stock of any *amici* owned by a publicly held corporation or other publicly held entity? No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation due to the participation of the *amici*.

5. Does this case arise out of a bankruptcy proceeding? No.

/s/ Jonathan L. Diesenhaus___
Jonathan L. Diesenhaus