# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 25, 2012

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No. 12-1437, <u>Raymond Woollard v. Denis Gallagher</u>
1:10-cv-02068-BEL

TO: Matthew C. Sullivan
S. Chartey Quarcoo
Jonathan Lee Diesenhaus
Daniel R. Vice
Jonathan Elias Lowy

REQUESTED FORM(S) DUE: June 28, 2012

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

_____

[x] [Appearance of counsel](#) [eFiler status required]


Donna Lett, Deputy Clerk
804-916-2704