FILED: July 5, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)

_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

      Plaintiffs - Appellees

v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

      Defendants - Appellants

 and

TERRENCE SHERIDAN

      Defendant

-------------------------------

AMERICAN PUBLIC HEALTH ASSOCIATION; AMERICAN COLLEGE OF PREVENTIVE MEDICINE; LEGAL COMMUNITY AGAINST VIOLENCE; LEGAL HISTORIANS; BRADY CENTER TO PREVENT GUN VIOLENCE; MARYLAND CHIEFS OF POLICE ASSOCIATION; INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS; MAJOR CITIES CHIEFS ASSOCIATION

      Amici Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/30/2012

Any reply brief due: 08/22/2012.

                                               For the Court--By Direction

                                               <u>/s/ Patricia S. Connor, Clerk</u>