**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 5, 2012

_____

SECOND DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 12-1437,    Raymond Woollard v. Denis Gallagher
                1:10-cv-02068-BEL

TO:    Andrew Clayton White
       Dwight William Stone
       Erin Murphy

REQUESTED FORM(S) DUE:  July 10, 2012

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

_____

 [X] Appearance of counsel [eFiler status required]


Donna Lett, Deputy Clerk
804-916-2704