**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RAYMOND WOOLLARD, et al.

    Plaintiffs

v.   Civil Case No. L-10-2068

MARCUS BROWN, et al.

    Defendants

o0o
**ORDER**

Presently pending is Defendants' Renewed Motion for a Stay Pending Appeal. Docket No. 67. It is, this 23rd day of July, 2012, hereby ORDERED that:

1. The Motion is DENIED; and

2. The temporary stay entered by Order of March 30, 2012 is DISSOLVED effective 14 days following the issuance of this Order.

/s/
_____
Benson Everett Legg
United States District Judge

1