## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

RAYMOND WOOLLARD, *et al.*,      *

    *Plaintiffs-Appellees*,      *

    v.      *      Case No. 12-1437

DENIS GALLAGHER, *et al.*,      *

    *Defendants-Appellants*.      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT MOTION TO EXCEED PAGE LIMIT

Defendants-Appellants move for an order permitting them to file a motion for stay pending appeal that exceeds the page limit included in Federal Rule of Appellate Procedure 27(d)(2) by ten pages, for the following reasons:

1.    This case involves a question of first impression in this Circuit concerning the constitutionality of a specific requirement of Maryland's handgun wear-and-carry permit statute that Plaintiffs-Appellees have challenged under the Second and Fourteenth Amendments to the United States Constitution.

2.    In orders entered on March 5, 2012 and April 2, 2012, the district court found the challenged requirement unconstitutional and awarded permanent injunctive relief prohibiting Defendants-Appellants, among others, from enforcing the requirement.  In response to a motion for stay pending appeal filed in the

district court, that court's April 2, 2012 order also temporarily stayed enforcement of the orders.

3.    In an order entered on July 24, 2012 (but dated July 23, 2012), the district court dissolved, effective August 7, 2012, the temporary stay and denied Defendants-Appellants' motion for a stay pending appeal.

4.    The Defendants-Appellants have prepared a motion for stay pending appeal, pursuant to Federal Rule of Appellate Procedure 8(a)(2), that they intend to file today.

5.    The motion is currently 30 pages long.

6.    Federal Rule of Appellate Procedure 27(d)(2) establishes a page limit of 20 pages for motions and responses to motions "unless the court permits or directs otherwise."

7.    In order to bring this matter to the prompt attention of the Court in light of the impending dissolution of the temporary stay, in light of the important interests at stake, and in light of the significant issues of first impression that the Defendants-Appellants had to brief in connection with their arguments about their likelihood of success on the merits, the Defendants-Appellants move for an order permitting them to file a motion for stay of up to 30 pages.

8.    Pursuant to Local Rule 27(a), counsel for the Defendants-Appellants informed counsel for the Plaintiffs-Appellees of their intent to file this motion.

Counsel for the Plaintiffs-Appellees stated that the Plaintiffs-Appellees consent to the relief requested in this motion as long as they receive a similar allowance for the length of their response brief.

9.      As a result, Defendants-Appellants move for an order permitting both parties to file briefs of up to 30 pages with respect to the Defendants-Appellants' motion for stay pending appeal.


DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN                              /s Matthew J. Fader
Assistant Attorney General                MATTHEW J. FADER
Office of the Attorney General            STEPHEN M. RUCKMAN
Legislative Services Building             Assistant Attorneys General
90 State Circle                           200 St. Paul Place, 20th Floor
Annapolis, Maryland 21401                 Baltimore, Maryland 21202
Tel. 410-946-5600                         Tel. 410-576-7906

July 27, 2012                             Attorneys for Defendants-Appellants

**CERTIFICATE OF SERVICE**

I certify that, on this 27th day of July 2012, I electronically filed with the Clerk of the Court via the CM/ECF System the foregoing Consent Motion to Exceed Page Limit.

/s Matthew J. Fader
Matthew J. Fader