**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 27, 2012

_____

RESPONSE REQUESTED

_____

No. 12-1437, Raymond Woollard v. Denis Gallagher
1:10-cv-02068-BEL

TO: Alan Gura
Cary Johnson Hansel

RESPONSE DUE: 07/31/2012 by 4:00 pm (EST)

Response is required to the motion for stay pending appeal. Response must be filed by the response due date shown in this notice.

Donna Lett, Deputy Clerk
804-916-2704