FILED: April 16, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)

_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

      Plaintiffs - Appellees

v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

      Defendants - Appellants

 and

TERRENCE SHERIDAN

      Defendant

------------------------------

AMERICAN PUBLIC HEALTH ASSOCIATION; AMERICAN COLLEGE OF PREVENTIVE MEDICINE; LEGAL COMMUNITY AGAINST VIOLENCE; LEGAL HISTORIANS; BRADY CENTER TO PREVENT GUN VIOLENCE; MARYLAND CHIEFS OF POLICE ASSOCIATION; INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS; MAJOR CITIES CHIEFS ASSOCIATION

      Amici Supporting Appellant

NRA CIVIL RIGHTS DEFENSE FUND; BUCKEYE FIREARMS FOUNDATION, INC.; INTERNATIONAL LAW ENFORCEMENT

EDUCATORS & TRAINERS ASSOCIATION; INTERNATIONAL ASSOCIATION OF LAW ENFORCEMENT FIREARMS INSTRUCTORS, INC.; PROFESSOR CLAYTON CRAMER; INDEPENDENCE INSTITUTE; COMMONWEALTH OF VIRGINIA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MAINE; STATE OF MICHIGAN; STATE OF NEBRASKA; STATE OF NEW MEXICO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF WEST VIRGINIA; PROFESSORS OF LAW, HISTORY, POLITICS, AND GOVERNMENT; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION; VIRGINIA SHOOTING SPORTS ASSOCIATION; CENTER FOR CONSTITUTIONAL JURISPRUDENCE; GUN OWNERS FOUNDATION; GUN OWNERS OF AMERICA, INCORPORATED; VIRGINIA GUN OWNERS COALITION; VIRGINIA CITIZENS DEFENSE LEAGUE, INC.; UNITED STATES JUSTICE FOUNDATION; CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND; THE ASSOCIATED GUN CLUBS OF BALTIMORE, INC.; THE MONUMENTAL RIFLE & PISTOL CLUB; THE ILLINOIS STATE RIFLE ASSOCIATION; THE NEW YORK RIFLE AND PISTOL ASSOCIATION; THE ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.; THE HAWAII RIFLE ASSOCIATION; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.

  Amici Supporting Appellee

---

## O R D E R

---

  The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

        For the Court

        /s/ Patricia S. Connor, Clerk