# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 11, 2013

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Raymond Woollard, et al.
          v. Denis Gallagher, et al.
          No. 13-42
          (Your No. 12-1437)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 9, 2013 and placed on the docket July 11, 2013 as No. 13-42.

              Sincerely,

              **William K. Suter**, Clerk

              by

              Erik  Fossum
              Case Analyst